JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:22-01121 ADS                                      Date:  January 13, 2023

Title:  *Marc Weisberg v. Burke Masonry Services, Inc.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                     Kristee Hopkins                     |                     None Reported                     |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS) ORDER OF DISMISSAL UPON SETTLEMENT OF CASE**

The Court, having been advised by the plaintiff that this action has been resolved by a Notice of Settlement [11] and Stipulation to Dismiss Case [19], hereby orders this action dismissed with prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

**IT IS SO ORDERED.**

Initials of Clerk kh